**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: HEEREN, GRETCHEN R | § Case No. 12-81015 |
| | § |
| | § |
| Debtor(s) | § |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

    Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH D. OLSEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
  327 South Church Street, Room #1100
Rockford, IL 61101

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 09/26/2012 in Courtroom 3100, United States Courthouse, 327 South Court Street, #3100
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated :  08/15/2012            By:  /s/JOSEPH D. OLSEN               
                                                                           Trustee

JOSEPH D. OLSEN  
1318 EAST STATE STREET  
ROCKFORD, IL  61104-2228  
(815) 965-8635  
JOlsenlaw@comcast.net

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: HEEREN, GRETCHEN R § Case No. 12-81015
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 8,000.00 |
| *and approved disbursements of* | $ 50.00 |
| *leaving a balance on hand of* [1] | $ 7,950.00 |
| **Balance on hand:** | $ 7,950.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 7,950.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH D. OLSEN | 1,550.00 | 0.00 | 1,550.00 |
| Trustee, Expenses - JOSEPH D. OLSEN | 79.80 | 0.00 | 79.80 |
| Attorney for Trustee, Fees - Yalden, Olsen & Willette | 837.50 | 0.00 | 837.50 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 2,467.30 |
| Remaining balance: | $ 5,482.70 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | | |
|---|---|---|---|
| | Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| | Remaining balance: | $ | 5,482.70 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | | |
|---|---|---|---|
| | Total to be paid for priority claims: | $ | 0.00 |
| | Remaining balance: | $ | 5,482.70 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 20,234.42 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 27.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Atlas Acquisitions LLC (GE Capital - JC Penney) | 1,558.53 | 0.00 | 422.30 |
| 2 | Midland Credit Management, Inc. | 4,237.54 | 0.00 | 1,148.20 |
| 3 | Midland Credit Management, Inc. | 2,441.94 | 0.00 | 661.67 |
| 4 | PHARIA L.L.C. | 4,808.52 | 0.00 | 1,302.91 |
| 5 | American InfoSource LP as agent for | 1,147.23 | 0.00 | 310.85 |
| 6 | Portfolio Investments II LLC | 1,395.07 | 0.00 | 378.01 |
| 7 | Nicor Gas | 443.27 | 0.00 | 120.11 |
| 8 | Portfolio Recovery Associates, LLC | 785.48 | 0.00 | 212.83 |
| 9 | Citibank, NA | 1,925.64 | 0.00 | 521.77 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| 10 | Capital One, N.A. | 1,491.20 | 0.00 | 404.05 |

|  |  |
|---|---|
| Total to be paid for timely general unsecured claims: | $ 5,482.70 |
| Remaining balance: | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |
|---|---|
| Total to be paid for tardy general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/JOSEPH D. OLSEN
Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL  61104-2228
(815) 965-8635
JOlsenlaw@comcast.net

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                                 United States Bankruptcy Court
                                  Northern District of Illinois
In re:                                                                                   Case No. 12-81015-MB
Gretchen R Heeren                                                                        Chapter 7
      Debtor                            CERTIFICATE OF NOTICE
District/off: 0752-3          User: dpruitt                Page 1 of 3                   Date Rcvd: Sep 04, 2012
                              Form ID: pdf006              Total Noticed: 55


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 06, 2012.
db           +Gretchen R Heeren,    10114 Saddlebred Trail,    Woodstock, IL 60098-8600
18644161     +Amer Coll Co/ACC International,    Acc International,    919 Estes Ct.,    Schaumburg, IL 60193-4427
18644162     +Arnoldharris,    600 West Jackson,    Chicago, IL 60661-5636
18901773     +Atlas Acquisitions LLC (GE Capital - JC Penney),    294 Union St.,    Hackensack, NJ 07601-4303
18859885     +BMO Harris,    PO Box 94033,   Palatine, Il 60094-4033
18644163     +Barclays Bank Delaware,    Attention: Bankruptcy,    Po Box 8801,    Wilmington, DE 19899-8801
19172701      Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
18644164     +Capital One, N.a.,    Capital One Bank (USA) N.A.,    Po Box 30285,    Salt Lake City, UT 84130-0285
18644165     +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
18644166     +Chase - Cc,   Attention: Bankruptcy Department,     Po Box 15298,    Wilmington, DE 19850-5298
18644167     +Chase Manhattan Mortgage,    Attn; Bankruptcy Dept,    Po Box 24696,    Columbus, OH 43224-0696
18644168     +Chase Mht Bk,    Attn: Bankruptcy,    Po Box 15145,   Wilmington, DE 19850-5145
19168693      Citibank, NA,    P.O. Box 6042,   Sioux Falls, SD 57117-6042
18644169     #+Citifinancial,   Citifinancial/Attn: Bankruptcy Dept,     Po Box 140069,   Irving, TX 75014-0069
18644170     +Collection/First Financial Resources,    209 West Central St,    Suite 107,   Natick, MA 01760-3716
18644172     +Ctbk/sylvan,    Citifinancial/Attn: Bankruptcy Dept,    Po Box 140489,    Irving, TX 75014-0489
18644173     +Dsnb Macys,    9111 Duke Blvd,   Mason, OH 45040-8999
18644174      Fairlane Credit,    Po Box 73577,    Dallas, TX 75374
18644176     +First Premier Bank,    3820 N Louise Ave,    Sioux Falls, SD 57107-0145
18644177     +First Select Corporation,    Attn: Bankruptcy,    3200 Hobson St,    Detroit, MI 48201-2927
18644178     +Ford Cred,    Ford Credit,    Po Box 6275,    Deerborn, MI 48121-6275
18644185     +Illinois Collection Se,    Po Box 1010,   Tinley Park, IL 60477-9110
18644187     +Langton Corp.,    4510 Deans St,    Woodstock, IL 60098-7503
18644188      Lincoln State Bank,    204 East Highway 38,    Rochelle, IL 61068
18644191     +Mchenry County Fcu,    422 W Main Cross,    Taylorville, IL 62568-2156
18644193     +Nco Financial Systems,,    600 Holiday Plaza Dr Ste,    Matteson, IL 60443-2238
18644194     +New Century Mortgage C/Carrington,    Attention: Bankruptcy,    Po Box 54285,
               Irvine, CA 92619-4285
18644199     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court: Portfolio Rc,     Attn: Bankruptcy,    Po Box 41067,    Norfolk, VA 23541)
18644197     +Paragonway,    Po Box 92109,    Austin, TX 78709-2109
18644198     +Pinnacle Financial Gro,    7825 Washington Ave S St,    Minneapolis, MN 55439-2411
18644201     +Sears/cbna,    Po Box 6282,   Sioux Falls, SD 57117-6282
18644202     +Seterus Inc,    14523 Sw Millikan Way St,    Beaverton, OR 97005-2352
18644203     +Tnb-Visa (TV) / Target,    C/O Financial & Retail Services,    Mailstop BV   P.O.Box 9475,
               Minneapolis, MN 55440-9475
18644204     +Unique National Collec,    119 E Maple St,    Jeffersonville, IN 47130-3439

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18952111      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 05 2012 02:37:16
               American InfoSource LP as agent for,    Target,   PO Box 248866,    Oklahoma City, OK   73124-8866
18723530     +E-mail/Text: bnc@atlasacq.com Sep 05 2012 02:17:08     Atlas Acquisitions LLC,    Attn Avi Schild,
               294 Union St,    Hackensack, NJ 07601-4303
18704052     +E-mail/Text: bnc@atlasacq.com Sep 05 2012 02:17:08     Atlas Acquisitions LLC,    294 Union St.,
               Hackensack, NJ 07601-4303
18644171     +E-mail/Text: legalcollections@comed.com Sep 05 2012 02:13:01      Comed,   Claims Dept 4th Floor,
               Three Lincoln Centre,    Villa Park, IL 60181-4204
18644175     +E-mail/Text: admin@fcs2collect.com Sep 05 2012 02:13:20      Falls Collection Svc,    Po Box 668,
               Germantown, WI 53022-0668
18644180     +E-mail/PDF: gecsedi@recoverycorp.com Sep 05 2012 03:37:29      GEMB / Old Navy,    Attention: GEMB,
               Po Box 103104,    Roswell, GA 30076-9104
18644179     +E-mail/PDF: gecsedi@recoverycorp.com Sep 05 2012 03:18:17      Gecrb/dicks,   P.o. Box 965005,
               Orlando, FL 32896-5005
18644181     +E-mail/PDF: gecsedi@recoverycorp.com Sep 05 2012 03:37:30      Gemb/JC Penny,
               Attention: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
18644182     +E-mail/PDF: gecsedi@recoverycorp.com Sep 05 2012 03:18:18      Gemb/select Comfort,    Attn: GEMB,
               Po Box 103104,    Roswell, GA 30076-9104
18644183     +E-mail/Text: BKNOTICES@EAFLLC.COM Sep 05 2012 03:05:47
               Hilco Receivables/Equable Ascent Financi,     Attn: Bankruptcy,    1120 Lake Cook Road Suite B,
               Buffalo Grove, IL 60089-1970
18644184     +E-mail/Text: Bankruptcy@icsystem.com Sep 05 2012 03:14:03      Ic Systems Inc,    Po Box 64378,
               St. Paul, MN 55164-0378
18644186     +E-mail/Text: bnckohlsnotices@becket-lee.com Sep 05 2012 02:07:39      Kohls/capone,
               N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
18644190     +E-mail/Text: resurgentbknotifications@resurgent.com Sep 05 2012 02:05:37      Lvnv Funding Llc,
               Po Box 740281,    Houston, TX 77274-0281
18908244     +E-mail/Text: bankruptcydpt@mcmcg.com Sep 05 2012 02:09:41      Midland Credit Management, Inc.,
               8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
18644192     +E-mail/Text: bankruptcydpt@mcmcg.com Sep 05 2012 02:09:41      Midland Credit Mgmt In,
               8875 Aero Dr,    San Diego, CA 92123-2255
18644195     +E-mail/Text: bankrup@nicor.com Sep 05 2012 01:53:37     Nicor Gas,
               Attention: Bankruptcy Department,    Po Box 190,    Aurora, IL 60507-0190
19039789     +E-mail/Text: bankrup@nicor.com Sep 05 2012 01:53:37     Nicor Gas,   Po box 549,
               Aurora il 60507-0549
```

```
District/off: 0752-3           User: dpruitt              Page 2 of 3                   Date Rcvd: Sep 04, 2012
                               Form ID: pdf006            Total Noticed: 55
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
18644196     +E-mail/Text: CLIENTSERVICES@NORTHWESTCOLLECTORS.COM Sep 05 2012 03:06:24      Northwest Collectors,
              3601 Algonquin Rd. Suite 232,    Rolling Meadows, IL 60008-3143
18929119     +E-mail/Text: bncmail@w-legal.com Sep 05 2012 03:15:48      PHARIA L.L.C.,
              C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
19017123      E-mail/PDF: rmscedi@recoverycorp.com Sep 05 2012 03:27:44     Portfolio Investments II LLC,
              c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
18644200     +E-mail/PDF: gecsedi@recoverycorp.com Sep 05 2012 03:37:29      Sams Club / GEMB,
              Attention: Bankruptcy Department,    Po Box 103104,    Roswell, GA 30076-9104
                                                                                             TOTAL: 21

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18644189*      Lincoln State Bank,    204 East Highway 38,   Rochelle, IL 61068
19075808*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery Associates, LLC,    c/o Old Navy,    POB 41067,
                Norfolk VA 23541)
                                                                                            TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 06, 2012**                          **Signature:**    *Joseph Speetjens*

```
District/off: 0752-3          User: dpruitt            Page 3 of 3                  Date Rcvd: Sep 04, 2012
                              Form ID: pdf006         Total Noticed: 55
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 31, 2012 at the address(es) listed below:

```
          Craig A Willette    on behalf of Trustee Joseph Olsen craigwillette@comcast.net
          Eric   Pratt    on behalf of Debtor Gretchen Heeren rockford@jordanpratt.com
          Joseph D Olsen    Jolsenlaw@comcast.net,   IL46@ECFCBIS.com
          Joseph D Olsen    on behalf of Trustee Joseph Olsen jolsenlaw@aol.com
          Lydia Y Siu    on behalf of Creditor  Seterus, Inc. as servicer for Fannie Mae
           lsiu@atty-pierce.com,  northerndistrict@atty-pierce.com
          Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
                                                                                             TOTAL: 6
```