# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

In re: HEEREN, GRETCHEN R

§ Case No. 12-81015
§
§
§

_____
Debtor(s)

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account,
Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report
and, if applicable, any order of the Court modifying the Final Report. The case is fully
administered and all assets and funds which have come under the trustee's control in this case
have been properly accounted for as provided by law. The trustee hereby requests to be
discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims
discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $6,600.00<br>*(without deducting any secured claims)* | Assets Exempt:  $6,600.00 |
| Total Distribution to Claimants: $5,482.70 | Claims Discharged<br>Without Payment: $42,734.72 |
| Total Expenses of Administration: $2,517.30 | |

3)  Total gross receipts of $      8,000.00      (see **Exhibit 1** ), minus funds paid to the debtor
and third parties of $      0.00      (see **Exhibit 2**), yielded net receipts of  $8,000.00
from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $18,000.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,679.80 | 2,517.30 | 2,517.30 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 45,160.00 | 20,234.42 | 20,234.42 | 5,482.70 |
| **TOTAL DISBURSEMENTS** | $63,160.00 | $21,914.22 | $22,751.72 | $8,000.00 |

4) This case was originally filed under Chapter 7 on March 19, 2012. The case was pending for 8 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _11/30/2012_____    By: _/s/JOSEPH D. OLSEN_____
Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2006 GMC Yukon | 1129-000 | 8,000.00 |
| **TOTAL GROSS RECEIPTS** | | $8,000.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Langton Corp. | 4110-000 | 18,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $18,000.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH D. OLSEN | 2100-000 | N/A | 1,550.00 | 1,550.00 | 1,550.00 |
| JOSEPH D. OLSEN | 2200-000 | N/A | 79.80 | 79.80 | 79.80 |
| Yalden, Olsen & Willette | 3110-000 | N/A | 0.00 | 837.50 | 837.50 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | N/A | | $1,679.80 | $2,517.30 | $2,517.30 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Atlas Acquisitions LLC (GE Capital - JC Penney) | 7100-000 | N/A | 1,558.53 | 1,558.53 | 422.30 |
| 2 | Midland Credit Management, Inc. | 7100-000 | 6,164.00 | 4,237.54 | 4,237.54 | 1,148.20 |
| 3 | Midland Credit Management, Inc. | 7100-000 | N/A | 2,441.94 | 2,441.94 | 661.67 |
| 4 | PHARIA L.L.C. | 7100-000 | 4,808.00 | 4,808.52 | 4,808.52 | 1,302.91 |
| 5 | American InfoSource LP as agent for | 7100-000 | 1,147.00 | 1,147.23 | 1,147.23 | 310.85 |
| 6 | Portfolio Investments II LLC | 7100-000 | 2,790.00 | 1,395.07 | 1,395.07 | 378.01 |
| 7 | Nicor Gas | 7100-000 | 343.00 | 443.27 | 443.27 | 120.11 |
| 8 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 785.48 | 785.48 | 212.83 |
| 9 | Citibank, NA | 7100-000 | 1,925.00 | 1,925.64 | 1,925.64 | 521.77 |
| 10 | Capital One, N.A. | 7100-000 | 0.00 | 1,491.20 | 1,491.20 | 404.05 |
| NOTFILED | Paragonway | 7100-000 | 1,068.00 | N/A | N/A | 0.00 |
| NOTFILED | Pinnacle Financial Gro | 7100-000 | 731.00 | N/A | N/A | 0.00 |
| NOTFILED | Portfolio Rc | 7100-000 | 825.00 | N/A | N/A | 0.00 |
| NOTFILED | Nco Financial Systems, | 7100-000 | 639.00 | N/A | N/A | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Northwest Collectors | 7100-000 | 541.00 | N/A | N/A | 0.00 |
| NOTFILED | Lincoln State Bank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Lvnv Funding Llc | 7100-000 | 1,559.00 | N/A | N/A | 0.00 |
| NOTFILED | Lincoln State Bank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Mchenry County Fcu | 7100-000 | 5,536.00 | N/A | N/A | 0.00 |
| NOTFILED | First Premier Bank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Sears/cbna | 7100-000 | 1,583.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Manhattan Mortgage | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Dsnb Macys | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Mht Bk | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase - Cc | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Kohls/capone | 7100-000 | 1,491.00 | N/A | N/A | 0.00 |
| NOTFILED | Unique National Collec | 7100-000 | 50.00 | N/A | N/A | 0.00 |
| NOTFILED | Seterus Inc | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Fairlane Credit | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Gemb/JC Penny | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Illinois Collection Se | 7100-000 | 200.00 | N/A | N/A | 0.00 |
| NOTFILED | Arnoldharris | 7100-000 | 567.00 | N/A | N/A | 0.00 |
| NOTFILED | Amer Coll Co/ACC International Acc | 7100-000 | 67.00 | N/A | N/A | 0.00 |
| NOTFILED | GEMB / Old Navy | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Gemb/select Comfort | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Ford Cred Ford Credit | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | First Select Corporation | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Collection/First Financial Resources | 7100-000 | 469.00 | N/A | N/A | 0.00 |
| NOTFILED | Falls Collection Svc | 7100-000 | 236.00 | N/A | N/A | 0.00 |
| NOTFILED | Comed | 7100-000 | 12,300.00 | N/A | N/A | 0.00 |
| NOTFILED | Ic Systems Inc | 7100-000 | 121.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $45,160.00 | $20,234.42 | $20,234.42 | $5,482.70 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| Case Number: 12-81015 | Trustee:    (330400)    JOSEPH D. OLSEN |
| Case Name:    HEEREN, GRETCHEN R | Filed (f) or Converted (c): 03/19/12 (f) |
| | §341(a) Meeting Date:    04/26/12 |
| Period Ending: 11/30/12 | Claims Bar Date:    08/09/12 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | checking account w/ BMO Harris | 500.00 | 0.00 | DA | 0.00 | FA |
| 2 | older household furniture & personal belongings | 500.00 | 0.00 | DA | 0.00 | FA |
| 3 | necessary wearing apparel | 300.00 | 0.00 | DA | 0.00 | FA |
| 4 | misc. costume jewelry | 300.00 | 0.00 | DA | 0.00 | FA |
| 5 | employer provided term life policy - no cash val | 0.00 | 0.00 | DA | 0.00 | FA |
| 6 | 401K | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 7 | 2006 GMC Yukon | 12,000.00 | 0.00 | | 8,000.00 | FA |
| 8 | Note Receivable | Unknown | 10,000.00 | DA | 0.00 | FA |
| 8 | **Assets**    **Totals** (Excluding unknown values) | **$18,600.00** | **$10,000.00** | | **$8,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    April 30, 2013    **Current Projected Date Of Final Report (TFR):**    June 30, 2013

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 12-81015 | **Trustee:** JOSEPH D. OLSEN (330400) |
| **Case Name:** HEEREN, GRETCHEN R | **Bank Name:** The Bank of New York Mellon |
| | **Account:** 9200-******88-66 - Checking Account |
| **Taxpayer ID #:** **-***2110 | **Blanket Bond:** $820,095.60 (per case limit) |
| **Period Ending:** 11/30/12 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/05/12 | {7} | Benoy Motor Sales, Inc. | compromise on vehicle | 1129-000 | 8,000.00 | | 8,000.00 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,975.00 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,950.00 |
| 09/26/12 | 101 | Yalden, Olsen & Willette | Dividend paid 100.00% on $837.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 837.50 | 7,112.50 |
| 09/26/12 | 102 | JOSEPH D. OLSEN | Dividend paid 100.00% on $1,550.00, Trustee Compensation; Reference: | 2100-000 | | 1,550.00 | 5,562.50 |
| 09/26/12 | 103 | JOSEPH D. OLSEN | Dividend paid 100.00% on $79.80, Trustee Expenses; Reference: | 2200-000 | | 79.80 | 5,482.70 |
| 09/26/12 | 104 | Atlas Acquisitions LLC (GE Capital - JC Penney) | Dividend paid 27.09% on $1,558.53; Claim# 1; Filed: $1,558.53; Reference: | 7100-000 | | 422.30 | 5,060.40 |
| 09/26/12 | 105 | PHARIA L.L.C. | Dividend paid 27.09% on $4,808.52; Claim# 4; Filed: $4,808.52; Reference: | 7100-000 | | 1,302.91 | 3,757.49 |
| 09/26/12 | 106 | American InfoSource LP as agent for | Dividend paid 27.09% on $1,147.23; Claim# 5; Filed: $1,147.23; Reference: | 7100-000 | | 310.85 | 3,446.64 |
| 09/26/12 | 107 | Portfolio Investments II LLC | Dividend paid 27.09% on $1,395.07; Claim# 6; Filed: $1,395.07; Reference: | 7100-000 | | 378.01 | 3,068.63 |
| 09/26/12 | 108 | Nicor Gas | Dividend paid 27.09% on $443.27; Claim# 7; Filed: $443.27; Reference: | 7100-000 | | 120.11 | 2,948.52 |
| 09/26/12 | 109 | Portfolio Recovery Associates, LLC | Dividend paid 27.09% on $785.48; Claim# 8; Filed: $785.48; Reference: | 7100-000 | | 212.83 | 2,735.69 |
| 09/26/12 | 110 | Citibank, NA | Dividend paid 27.09% on $1,925.64; Claim# 9; Filed: $1,925.64; Reference: | 7100-000 | | 521.77 | 2,213.92 |
| 09/26/12 | 111 | Capital One, N.A. | Dividend paid 27.09% on $1,491.20; Claim# 10; Filed: $1,491.20; Reference: | 7100-000 | | 404.05 | 1,809.87 |
| 09/26/12 | 112 | Midland Credit Management, Inc. | Combined Check for Claims#2,3 | | | 1,809.87 | 0.00 |
| | | | Dividend paid 27.09%    1,148.20 on $4,237.54; Claim# 2; Filed: $4,237.54 | 7100-000 | | | 0.00 |
| | | | Dividend paid 27.09%    661.67 on $2,441.94; Claim# 3; Filed: $2,441.94 | 7100-000 | | | 0.00 |

| | Receipts | Disbursements | Balance |
|---|---|---|---|
| **ACCOUNT TOTALS** | 8,000.00 | 8,000.00 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 8,000.00 | 8,000.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$8,000.00** | **$8,000.00** | |

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 12-81015 |
| Case Name: | HEEREN, GRETCHEN R |
| | |
| Taxpayer ID #: | **-***2110 |
| Period Ending: | 11/30/12 |

| | |
|---|---|
| Trustee: | JOSEPH D. OLSEN (330400) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******88-66 - Checking Account |
| Blanket Bond: | $820,095.60  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | Net Receipts : | | | 8,000.00 | | |
| | | Net Estate : | | | $8,000.00 | | |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # 9200-******88-66** | 8,000.00 | 8,000.00 | 0.00 |
| | $8,000.00 | $8,000.00 | $0.00 |

{} Asset reference(s)